

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
Honorable Monique Diaz, Judge Presiding

# O R D E R

Appellant's reply brief was due on August 29, 2022, but it was not filed. On September 23, 2022, appellant filed an unopposed motion requesting an extension of time to file the reply brief along with the brief. After consideration, we **grant** the motion and **deem** the reply brief as timely filed.

It is so **ORDERED** September 30, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT